UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-6117

JAMES L. JACK,

Plaintiff - Appellant,

versus

JOHN W. WOJCIK; CHARLIE T. DEANE; RON S. CHRISTOFANO,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge. (CA-98-633)

Submitted:  April 15, 1999          Decided:  April 20, 1999

Before NIEMEYER and HAMILTON, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

James L. Jack, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing without prejudice his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint for his failure to either pay the filing fee or consent to collections being made from his prison trust fund. Appellant's informal brief discusses only the substance of his complaint. We therefore dismiss his appeal as frivolous. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED